# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IVAN RAY, on behalf of himself and others similarly situated, | ) ) ) Case No. 5:21-cv-1168 |
| Plaintiff, | ) ) Judge Charles E. Fleming ) |
| vs. | ) ) |
| HERCULES TREE SERVICES LLC, et al., | ) **ORDER GRANTING MOTION TO** ) **DISMISS WITHOUT PREJUDICE** ) |
| Defendants. | ) |

This matter is before the Court on the Plaintiff's Motion to Dismiss Without Prejudice pursuant to Rule 41(a)(2). For good cause shown, the Motion is GRANTED. The Court DISMISSES WITHOUT PREJUDICE

    IT IS SO ORDERED:

Date: 5/20/2022

*Charles Fleming*

CHARLES E. FLEMING
United States District Court Judge